UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

Mark Christian Delos Reyes,

          Plaintiff,

- *against* -

Abundant Nursing, Inc., Marathon Health Care Corp., Marathon Group Corp., Macdonald S. Tudeme, George L. Magno, and EllenGrace Flores

          Defendants.

Case No.: 1:19-cv-02596

**MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the declaration of Phillip Dawkins below, Plaintiff Mark Christian Delos Reyes hereby moves this Court for an Order allowing Phillip Dawkins to withdraw as counsel for Mr. Delos Reyes. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

- As of July 31, 2019, Mr. Dawkins will no longer be associated with the law firm of Cahill Gordon & Reindel LLP.

- Cahill Gordon & Reindel LLP continues to be counsel of record in this matter.

Dated: Wednesday, July 31, 2019

          Respectfully submitted,

          /s/ Phillip Dawkins
          Phillip Dawkins
          CAHILL GORDON & REINDEL LLP
          80 Pine Street
          New York, NY
          Telephone: 212-701-3607
          pdawkins@cahill.com