UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MARK CHRISTIAN DELOS REYES,

                                        Plaintiff,

                    - *against* -                              Case No.: 1:19-cv-02596

ABUNDANT NURSING, INC., MARATHON HEALTH CARE
CORP., MARATHON GROUP CORP., MACDONALD S.
TUDEME, GEORGE L. MAGNO, AND EllenGrace FLORES

                                        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the declaration of Abigail Shechtman below, Plaintiff Mark

Christian Delos Reyes hereby moves this Court for an Order allowing Abigail Shechtman to

withdraw as counsel for Mr. Delos Reyes. In support of such notice and in conformance with

Local Rule 1.4, undersigned counsel states the following:

- As of July 31, 2019, Ms. Shechtman will no longer be associated with the law firm of
  Cahill Gordon & Reindel LLP.

- Cahill Gordon & Reindel LLP continues to be counsel of record in this matter.

Dated: Wednesday, July 31, 2019

                                        Respectfully submitted,

                                        /s/ Abigail Shechtman
                                        Abigail Shechtman
                                        CAHILL GORDON & REINDEL
                                        LLP
                                        80 Pine Street
                                        New York, NY
                                        Telephone: 212-701-3519
                                        ashechtman@cahill.com