# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702
ROBERT A. ALESSI
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL

CHARLES A. GILMAN
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN

GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN

MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

* ADMITTED IN DC ONLY

(212) 701-3373

November 8, 2019

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Delos Reyes* v. *Abundant Nursing, Inc. et al*, 19 Civ. 02596 (E.D.N.Y.) (AMD) (RLM)

Dear Judge Mann:

We received the below letter from defendant Macdonald Tudeme. Pursuant to your Honor's instructions, we are electronically filing this letter on the docket on his behalf:

"Dear Hon Judge Mann,

This is in regard to your honor's scheduled settlement conference for November 15, 2019 based on our request. I [am] requesting that I be excused from the scheduled settlement conference due to a medical procedure that had been scheduled earlier which is in conflict. The procedure is November 15th at 9.00AM. I have no doubt that with the cooperation of plaintiff's attorney, we can come up alternative date and time with your blessing.

Yours Sincerely,

MacDonald Tudeme"

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

 s/ Shefali Singh
Shefali Singh
80 Pine Street
New York, NY 10005
Telephone: 212-701-3373
ssingh@cahill.com
*Attorney for Plaintiff*

s/ Macdonald Tudeme
Macdonald Tudeme
38 Iagrossi Dr.
Waterbury, CT 06705
Telephone: 203-510-0217
marathonhcc06@aol.com
*Pro Se Defendant*


**Via ECF**