# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

MARK CHRISTIAN DELOS REYES,

                Plaintiff,

- against -

ABUNDANT NURSING, INC., MARATHON HEALTH CARE CORP., MARATHON GROUP CORP., MACDONALD S. TUDEME, GEORGE L. MAGNO, AND ELLENGRACE FLORES,

                Defendants.

Case No. 1:19-cv-02596 (AMD) (RLM)

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Christian Delos Reyes hereby dismisses with prejudice and without costs all claims he has brought against Defendant George L. Magno ("Mr. Magno"). This Notice of Voluntary Dismissal is limited only to dismissing Mr. Magno from this action. Plaintiff maintains and continues to prosecute his claims in this action against the remaining Defendants.

The United States District Court for the Eastern District of New York will maintain jurisdiction over this matter for any dispute that may arise under the Confidential Settlement Agreement and Release by and between Mark Christian Delos Reyes and George L. Magno entered into on November 25, 2019.

DATED: November 25, 2019
New York, New York

CAHILL GORDON & REINDEL LLP

By: *[signature]*
Landis Best
Caroline Saucier
Shefali Singh
Anna Wittman
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3357
LBest@cahill.com
Csaucier@cahill.com
Sshingh@cahill.com
Awittman@cahill.com

THE LEGAL AID SOCIETY

By: *[signature]*
Amy Hong
The Legal Aid Society
199 Water Street, 6th Floor
New York, NY 10038
Telephone: (212)577-3626
AMHong@legal-aid.org

*Counsel for Plaintiff*