# CAHILL GORDON & REINDEL LLP
## EIGHTY PINE STREET
## NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | DARREN SILVER |
| ANIRUDH BANSAL | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | JASON M. HALL | | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | | MEGHAN N. McDERMOTT | ROSS E. STURMAN |
| BRADLEY J. BONDI | NOLA B. HELLER | 1990 K STREET, N.W. | WILLIAM J. MILLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | ANTHONY K. TAMA |
| JAMES J. CLARK | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | SEAN P. TONOLLI |
| LISA COLLIER | DAVID G. JANUSZEWSKI | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | LONDON EC3R 8AJ | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JENNIFER B. EZRING | TED B. LACEY | | TAMMY L. ROY | JOSHUA M. ZELIG |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | MICHAEL A. SHERMAN | |

* ADMITTED IN DC ONLY

(212) 701-3357

April 6, 2020

Re: *Delos Reyes* v. *Abundant Nursing, Inc. et al,* 19 Civ. 02596 (E.D.N.Y.) (AMD) (RLM)

Dear Judge Donnelly:

Together with The Legal Aid Society, we write as counsel for plaintiff Mark Delos Reyes ("Mr. Delos Reyes") in the above-captioned action (the "Lawsuit"). Pursuant to this Court's Individual Rule of Practice 4(A), we respectfully submit this letter in response to Mr. Fingold's request for a pre-motion conference.

Per Judge Mann's September 25, 2019 Scheduling Order, the deadline to amend pleadings and add new parties in this Lawsuit was November 15, 2019. [ECF No. 27] Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may only be modified for good cause and with the judge's consent, and does not require the consent of the opposing party. However, in light of EllenGrace Flores' ("Ms. Flores") former status as a *pro se* defendant, we write to inform the Court that, without waiving any arguments or defenses, we do not oppose Mr. Fingold's request to amend Ms. Flores' Answer to the Complaint filed on July 9, 2019. [ECF No. 17]

We appreciate Your Honor's consideration of this matter and are available at Your Honor's convenience to discuss this matter.

Respectfully submitted,

/s/ Caroline Saucier
Caroline Saucier

The Honorable Ann M. Donnelly
United States District Judge for the Eastern District of New York
225 Cadman Plaza East, Room 4GN
Brooklyn, NY 11210

cc:

  Joshua Fingold Esq.
  10 Rockefeller Plaza
  16th Floor
  New York, New York 10020

  Amy Hong, Esq.
  The Legal Aid Society
  199 Water Street, 3rd Floor
  New York, New York 10038

  MacDonald S. Tudeme
  38 Iagrossi Drive
  Waterbury, CT 06705

<u>Via ECF</u>