**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK CHRISTIAN DELOS REYES,<br><br>                      Plaintiff,<br><br>        - against -<br><br>ABUNDANT NURSING, INC., MARATHON HEALTH CARE CORP., MARATHON GROUP CORP., MACDONALD S. TUDEME, GEORGE L. MAGNO, AND ELLENGRACE FLORES,<br><br>                      Defendants. | Case No. 1:19-cv-02596 (AMD) (RLM) |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**For good cause shown, IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant MacDonald S. Tudeme is hereby dismissed with prejudice from the above-captioned action, with each party to bear its own costs.

SO ORDERED this

\_\_\_\_\_ day of _____, 2020

_____
              Roanne L. Mann

      United States Magistrate Judge