# CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | JONATHAN J. FRANKEL | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | DARREN SILVER |
| ANIRUDH BANSAL | ARIEL GOLDMAN | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | JASON M. HALL | ———— | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | MEGHAN N. McDERMOTT | ROSS E. STURMAN |
| BRADLEY J. BONDI | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | WILLIAM J. MILLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | CRAIG M. HOROWITZ | (202) 862-8900 | NOAH B. NEWITZ | ANTHONY K. TAMA |
| JAMES J. CLARK | DOUGLAS S. HOROWITZ | | DAVID R. OWEN | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | SEAN P. TONOLLI |
| LISA COLLIER | DAVID G. JANUSZEWSKI | 24 MONUMENT STREET | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | LONDON EC3R 8AJ | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | ———— | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | WRITER'S DIRECT NUMBER | OLEG REZZY | DAVID WISHENGRAD |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JENNIFER B. EZRING | TED B. LACEY | | TAMMY L. ROY | JOSHUA M. ZELIG |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | | MICHAEL A. SHERMAN | |

\* ADMITTED IN DC ONLY

(212) 701-3373

May 1, 2020

Re: *Delos Reyes* v. *Abundant Nursing, Inc. et al,* 19 Civ. 02596 (E.D.N.Y.) (AMD) (RLM)

Dear Judge Donnelly:

We represent Plaintiff Mark Delos Reyes ("Mr. Delos Reyes" or "Plaintiff") in the above-captioned action. As directed by Magistrate Judge Mann [ECF No. 47, 52], we write to request that the Court dismiss Defendant MacDonald S. Tudeme ("Defendant Tudeme") with prejudice via the attached proposed order.

Plaintiff reached and finalized a settlement of his claims against Defendant Tudeme. [ECF No. 41] On April 16, 2020, Magistrate Judge Mann requested a stipulation of dismissal as to Defendant Tudeme to be filed by April 20, 2020 [ECF No. 47], which counsel for Defendant EllenGrace Flores refused to sign. Our detailed reasons for requesting this dismissal are provided in full in our April 20, 2020 letter-motion to Magistrate Judge Mann [ECF No. 48], which is attached for Your Honor's convenience.

For the reasons set forth above and consistent with Magistrate Judge Mann's direction, we respectfully request that the Court dismiss Defendant Tudeme under Federal Rule 41(a)(2) with prejudice via the attached proposed order.

We appreciate Your Honor's consideration and are available to discuss this matter at Your Honor's convenience.

Respectfully submitted,

/s/ Shefali Singh
Shefali Singh

Cahill Gordon & Reindel LLP

-2-

The Honorable Ann M. Donnelly
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East, Room 4GN
Brooklyn, NY 11210

<u>VIA ECF</u>

cc:  Joshua Fingold, Esq.
     10 Rockefeller Plaza, 16th Floor
     New York, New York 10020

   Amy Hong, Esq.
   The Legal Aid Society
   199 Water Street, 3rd Floor
   New York, NY 10038

   MacDonald S. Tudeme
   38 Iagrossi Dr.
   Waterbury, CT 06705